**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YANG JUN, Individually and on behalf of
All others similarly situated,

                Plaintiff,

    - against -

500.COM LIMITED, ZHENGMING PAN, and
QIANG YUAN,

                Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 20-806 (GRB)(AKT)

        A Memorandum and Order of Honorable Gary R. Brown, United States District Judge, having been filed on September 20, 2021; adopting the August 3, 2021 Report and Recommendation of United States Magistrate Judge A. Kathleen Tomlinson in its entirety; granting defendants 500.com Limited and Qiang Yuan's motions to dismiss; *sua sponte* dismissing the claims against defendant Zhengming Pan; dismissing the case; and directing the Clerk of the Court to enter judgment consistent with the September 20, 2021 Memorandum and Order and to close this case, it is

        **ORDERED AND ADJUDGED** that plaintiff Yang Jun take nothing of defendants 500.com Limited, Zhengming Pan, and Qiang Yuan; that defendants 500.com Limited and Qiang Yuan's motions to dismiss are granted; that the claims against defendant Zhengming Pan are dismissed *sua sponte*; that the case is dismissed; and that this case is closed.

Dated: September 20, 2021
       Central Islip, New York

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT
                                BY:   /s/ JAMES J. TORITTO
                                              DEPUTY CLERK